U.S.

v.

**Aaron W. LONG**

**No. 17-0383/AR**

U.S. Court of Appeals for
the Armed Forces.

August 8, 2017

CCA 20150337

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**Benjamin C. TODD**

**No. 17-0543/AF**

U.S. Court of Appeals for
the Armed Forces.

August 9, 2017

CCA 38988

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

**Chad A. BLATNEY**

**No. 17-0458/AF**

U.S. Court of Appeals for
the Armed Forces.

August 10, 2017

CCA 2016-16

DAILY JOURNAL

Orders Granting Petition for Review

On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

WHETHER THE MILITARY JUDGE ABUSED HER DISCRETION BY SUPPRESSING EVIDENCE OBTAINED FROM APPELLANT'S CELLULAR PHONE, WHERE LAW ENFORCEMENT REQUESTED THAT APPELLANT ENTER HIS PASSWORD TWICE TO DECRYPT THE PHONE AND DISABLE SECURITY AFTER HE INVOKED HIS RIGHT TO COUNSEL.

Pursuant to Rule 19(a)(7)(A), no further pleadings will be filed.

U.S.

v.

**Sean M. OLIVER**

**No. 17-0382/AF**

U.S. Court of Appeals for
the Armed Forces.

August 10, 2017

CCA 38858

DAILY JOURNAL

Interlocutory Orders

Appellant's motion for leave to file a supplement to the petition for grant of review